

**FILED IN**
**1st COURT OF APPEALS**
**HOUSTON, TEXAS**
VOID MG

**kurzfristigen Wechsel des Ausgangs achten**
**bserve gate changes at short notice**        220 5437116533  ECONOMY

etix etkt etix etkt          **Bordkarte/Boarding Pass**

LUFTHANSA          Name of passenger
Name            SALMINEN/OUTIMARJ/
SALMINEN/OUTIMARJAT+        ETKT 220 5437116533
FRA    LH 848   T 1ONOV     FRA
HEL   Carrier  Flight No.  Class    HEL
                LUFTHANSA
22E
                CHRISTOPHER A. PRINE
LH 848 /097         LH 848  T 1ONOV

| Gate | Boarding time | Seat |
|------|------|------|
| A36 | 0920 | 22E |
| A25 | | NONSMOKER |

MAX 1 HANDGEPAECK/HANDLUGGAGE

ETKT Nc.

| Pcs | Ck. Wl. | Unck. Wt. Pcs. | Ck. Wt | U |
|------|------|------|------|------|
| 01 | | | | |

Wir bitten Sie, zur Boardingzeit am Gate zu sein, andernfalls kann Ihr Sitz anderweitig vergeben werden.
Please be at the gate at boarding time otherwise your seat may be given away.

**kurzfristigen Wechsel des Ausgangs achten**
**bserve gate changes at short notice**        220 2350489987  ECONOMY

etix etkt etix etkt          **Bordkarte/Boarding Pass**

LUFTHANSA          Name of passenger
Name            VASSALLO/SAANAMS
                ETKT 220 2350489987
FRA    LH 848   U 1ONOV     FRA
HEL   Carrier  Flight No.  Class    HEL
                LUFTHANSA
24B
                Carrier  Flight No./Class  Date
LH 848 /098         LH 848  U 1ONOV

| Gate | Boarding time | Seat |
|------|------|------|
| A36 | 0920 | 24B |
| A2S | | NONSMOKER |

MAX 1 HANDGEPAECK/HANDLUGGAGE

ETKT No.

| Pcs | Ck. Wl. | Unck. Wt. Pcs. | Ck. Wt | U |
|------|------|------|------|------|
| 00 | | | | |

Wir bitten Sie, zur Boardingzeit am Gate zu sein, andernfalls kann Ihr Sitz anderweitig vergeben werden.
Please be at the gate at boarding time otherwise your seat may be given away.

PETITIONER'S
EXHIBIT
**3**
Blumberg No. 5136

Vassallo
RPI APP 000130